# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00076-CR

### Candelario Cerda, Jr., Appellant

### v.

### The State of Texas, Appellee

#### FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT
#### NO. CR-10-0912, HONORABLE R. BRUCE BOYER, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant Candelario Cerda, Jr. filed his notice of appeal on January 21, 2014. Cerda requested and received 120 days of extension of time to file his brief, but he has exceeded that time and the brief has not been filed.

On December 5, 2014, Cerda's retained counsel, Daniel H. Wannamaker, filed another motion for extension of time requesting an additional 60 days to file appellant's brief. We grant the motion in part and order Daniel H. Wannamaker to file appellant's brief on or before January 20, 2015. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on December 12, 2014.

Before Chief Justice Jones, Justices Rose and Goodwin

Do Not Publish